UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DONALD WOOLEY, JR.                                CIVIL ACTION

VERSUS                                            NO: 06-2800

N. BURL CAIN, WARDEN                              SECTION: R

**ORDER AND REASONS**

The Court, having reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

The Court adds only that untimely filings in state court do not toll the AEDPA statute of limitations. *See Allen v. Siebert*, 128 S. Ct. 2, 4-5 (2007); *Pace v. DiGuglielmo*, 544 U.S. 408, 414 (2005). Thus, many of petitioner's state court filings, including the alleged October 16, 2001 writ application and the September 25, 2002 PCRA application, cannot toll the limitations period because they were filed decades after the applicable state prescriptive period had run. No possible interpretation of petitioner's post-conviction litigation activities can save his

petition from dismissal under 28 U.S.C. § 2244(d).

Accordingly,

Donald Wooley's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __6th__ day of March, 2009.

```
          ___Sarah Vance___
            SARAH S. VANCE
        UNITED STATES DISTRICT JUDGE
```